■    MARY McA. GOBLE, Respondent, v. GENE W. GOBLE, Appellant.— Order entered on March 1, 1961, insofar as it denies defendant's motion to vacate the order of January 3, 1961, which awarded temporary alimony and counsel fees to the plaintiff, unanimously affirmed, with $20 costs and disburse-

ments to the respondent. No opinion. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.